389 A.2d 204

Commonwealth ex rel. Matthews, Appellant, v. Patton.

Submitted September 12, 1977. Stephen Toole, Assistant Public Defender, for appellant; Robert S. Bailey, District Attorney, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 205

Easton Professional Corporation, Appellant, v. Frank Weiss Construction Co., Inc.

Argued December 9, 1977. Gary S. Figore, with him Teel, Stettz, Shimer & DiGiacomo, for appellant; Ronald W. Shipman, with him Coffin, DeRaymond, Shipman & Stitt, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.